IN THE SUPREME COURT OF THE STATE OF NEVADA

FRANCIS JAMES JOHNSON,
Appellant,
vs.
BRIAN WILLIAMS, WARDEN,
Respondent.

No. 78171

**FILED**

APR 15 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is a pro se appeal from a district court order denying a postconviction petition for a writ of habeas corpus.[1] Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

In his petition filed on January 31, 2018, appellant claimed that his due process rights were violated at a prison disciplinary hearing, resulting in disciplinary segregation and restitution. Appellant's claims challenging the prison disciplinary proceedings were not cognizable in a petition for a writ of habeas corpus because appellant did not lose any credits and the claims challenged the conditions of confinement. *See Bowen v. Warden*, 100 Nev. 489, 490, 686 P.2d 250, 250 (1984); *see also Sandin v. Conner*, 515 U.S. 472, 486 (1995) (holding that liberty interest protected by the Due Process Clause will generally be limited to freedom from restraint

---

[1]Having considered the pro se brief filed by appellant, we conclude that a response is not necessary. NRAP 46A(c). This appeal therefore has been submitted for decision based on the pro se brief and the record. *See* NRAP 34(f)(3).

20-14402

which imposes an atypical and significant hardship on the inmate in relation to the ordinary incidents of prison life). Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

cc:    Hon. Linda Marie Bell, Chief Judge
Francis James Johnson
Attorney General/Carson City
Attorney General/Las Vegas
Eighth District Court Clerk